IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-196-WDM-OES

THE QUIZNO'S MASTER LLC and
THE QUIZNO'S FRANCHISE COMPANY LLC,

    Plaintiffs,

v.

SEMIRA REZAIE,

    Defendant.

## ORDER

Miller, J.

The matter before me relates to a preliminary injunction issued by my September 8, 2005 Order.[1] That Order also required the parties to show cause on or before September 26, 2005, why the injunction should not be made permanent. Having received no response, I find that a permanent injunction is appropriate.

Accordingly, it is ordered:

1. Rezaie, her agents, servants and employees, and those people in active concert or participation with her are permanently enjoined from:

    a. Using Quizno's Marks or any trademark, service mark, logo or trade name that is confusingly similar to Quizno's Marks;

    b. Otherwise infringing Quizno's Marks or using any similar designation, alone or in combination with any other components;

---

[1] This Order was docketed on September 9, 2005.

    c.      Passing off any of her products or services as those of Quizno's or its authorized franchisees;

    d.      Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of her businesses, products, or services;

    e.      Causing a likelihood of confusion or misunderstanding as to her affiliation, connection, or association with Quizno's and its franchisees or any of Quizno's products or services; and

    f.      Unfairly competing with Quizno's or its franchisees in any manner.

2. Rezaie, her agents, servants, and employees, and those people in active concert or participation with her are enjoined for a period of two years, beginning on December 10, 2004, from having any direct or indirect interest as a disclosed or beneficial owner, investor, partner, director, officer, employee, consultant, representative, agent, or in any other capacity in any restaurant or other food service business deriving more than ten percent of its gross receipts, excluding gross receipts relating to the sale of alcoholic beverages, from the sale of submarine, hoagie, and/or deli-style sandwiches within a five mile radius of her former Quizno's Restaurant or within a five mile radius of any other Quizno's Restaurant.

DATED at Denver, Colorado, on October 6, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge